IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS GARCIA,<br><br>Defendant. | Case No.  4:12-CR-278-BLW<br><br>ORDER |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to continue sentencing for defendant Juan Carlos Garcia (docket no. 128) is GRANTED.  The existing sentencing date of October 23, 2013, is VACATED and a new sentencing date for Juan Carlos Garcia is set for **December 16, 2013 at 10:00 a.m.** in the Federal Courthouse in Pocatello, Idaho.

DATED:  **October 2, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1