UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br><br>JUAN CARLOS GARCIA,<br><br>                Defendant. | Case No. 4:12-cr-278-BLW<br><br>**ORDER MODIFYING TERMS OF SUPERVISED RELEASE** |

Finding good cause therefore, and the matter having been remanded to this Court for the purpose of considering this motion,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for a ruling consistent with indicative ruling (docket no. 280) is GRANTED.

IT IS FURTHER ORDERED, that the Judgment as to defendant Juan Carlos Garcia (docket no. 221) is MODIFIED.  The following language is STRICKEN: *"The defendant is prohibited from having contact with any individuals identified by local law enforcement agencies as documented gang members. The defendant is further prohibited from possessing any item representing or showing affiliation with gangs and shall submit to the seizure of any contraband."*  The following language is SUBSTITUTED in its place:  *"The defendant is prohibited from knowingly having contact with any individuals*

*identified by local law enforcement agencies as documented gang members. The defendant is further prohibited from knowingly possessing any item representing or showing affiliation with the Mexican Mafia; the Young Crowd; or the Sureno gangs and shall submit to the seizure of any contraband.*

DATED:  **February 24, 2016**

B. LYNN WINMILL
Chief Judge
United States District Court